UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO HERNANDEZ, ) | |
| ) | |
|     Petitioner, ) | CASE NO. 2:07-cv-00839-RSL-JLW |
| ) | |
| v. ) | |
| ) | |
| R.J. SUBIA, Warden, ) | ORDER DIRECTING RESPONDENT |
| ) | TO SUPPLEMENT THE RECORD |
|     Respondent. ) | |
| ) | |

This is a federal habeas action brought pursuant to 28 U.S.C. § 2254. Petitioner's federal habeas petition is ripe for consideration. It is evident from an initial review of the record, however, that a page of petitioner's January 19, 2006, parole hearing transcript was accidentally omitted from the record. Specifically, "Decision Page 6," which is page 116 of the overall transcript, is absent. Although it is not entirely clear at this juncture whether the missing page will affect the Court's ultimate disposition of the petition, it is prudent for this Court to review the parole hearing transcript in its entirety.

Accordingly, the Court hereby ORDERS as follows:

(1) Within seven (7) days after the date of this order, respondent shall furnish the Court and petitioner with a complete copy of petitioner's January 19, 2006, parole hearing transcript, including "Decision Page 6";

(2) If the above-mentioned transcript is unavailable, respondent should, within seven (7) days, inform this Court with specificity as to its unavailability;

ORDER RE: SUPPLEMENTING THE RECORD - 1

01     (3)    No additional briefing is required or requested; and

02     (4)    The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Robert S. Lasnik.

DATED this 7th day of October, 2009.

/s/ John Weinberg
JOHN L. WEINBERG
United States Magistrate Judge

ORDER RE: SUPPLEMENTING THE RECORD - 2