01

02

03

04

UNITED STATES DISTRICT COURT
05        FOR THE EASTERN DISTRICT OF CALIFORNIA

06   RICARDO HERNANDEZ,                    )
                                           )
07        Petitioner,                      )   CASE NO. 2:07-cv-00839-RSL-JLW
                                           )
08        v.                               )
                                           )
09   R.J. SUBIA, Warden,                   )   ORDER DEFERRING PREPARATION
                                           )   OF REPORT AND RECOMMENDATION
10        Respondent.                      )
     _____)

11

12        Governor Schwarzenegger reversed the Board of Parole Hearings' determination that

13   petitioner be granted a parole release date.  The Governor found that his release from prison

14   would pose an unreasonable risk of danger to society.  Petitioner claims that the Governor's

15   decision denied him due process of law.  Based upon the Court's review of the entire record,

16   the Court will defer submission of a Report and Recommendation until the filing of the en

17   banc decision in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*,

18   527 F.3d 797 (9th Cir. 2008).

19

20        DATED this 30th day of October, 2009.

21

22

                                           _____
                                           JOHN L. WEINBERG
                                           United States Magistrate Judge

ORDER DEFERRING REPORT AND RECOMMENDATION - 1