1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  RICARDO HERNANDEZ,

11              Petitioner,                NO. 2:07-cv-0839RSL

12        v.

13  R.J. SUBIA,                            ORDER OF REFERENCE

14              Respondent.

15

16       Petitioner, a state prisoner proceeding *pro se*, has filed a habeas petition pursuant to 28

17  U.S.C. § 2254. The Ninth Circuit recently issued a decision in <u>Hayward v. Marshall</u>, No. 06-

18  55392 (April 22, 2010), which calls into question the existence of a federally-protected liberty

19  interest. The Court hereby re-refers this matter to the Honorable John L. Weinberg, United

20  States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), Local Rule MJR 4, and Fed. R.

21  Civ. P. 72(b) for any further proceedings he deems necessary. Any appeal from the

22
23  determinations of the Magistrate Judge shall be in accordance with 28 U.S.C. § 636(b)(1)(C) and

24  Fed. R. Civ. P. 72(b)(2).

25
26
27
28  ORDER OF REFERENCE

1   DATED this 30th of April, 2010.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
Chief United States District Judge

ORDER OF REFERENCE