UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RICARDO HERNANDEZ,

                Petitioner,

     v.

R.J. SUBIA,

                Respondent.

Case No. C07-0839RSL-JLW

ORDER STAYING AUGUST 10, 2010 ORDER

This matter comes before the Court on respondent's "Application for a "Stay of the Court's August 10, 2010 Order." Dkt. # 32.  In order to justify a stay pending appeal, respondent has the burden of showing  (1) that there is a strong likelihood that he will succeed on the merits of his appeal; (2) that he will suffer irreparable injury if the proceeding is not stayed; (3) that a stay would not substantially injure any other party; and (4) that a stay is in the public's interest. See Hilton v. Braunskill, 481 U.S. 770, 776 (1987).  Having reviewed the record in this matter, the Court finds that the equities are fairly balanced.  Because the petitioner's release, if later deemed improper, would harm both the state and the public, the Court finds that the *status quo* should remain in effect until this matter is finally resolved.

For all of the foregoing reasons, respondent's motion to stay the August 10, 2010, order pending appeal is GRANTED.

ORDER STAYING AUGUST 10, 2010, ORDER

1       Dated this 2nd day of September, 2010.

2

3                                  Robert S. Lasnik

4                                  United States District Judge

ORDER STAYING AUGUST 10, 2010, ORDER     -2-